**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KAIS HATEM,**<br>　　　　　　**Petitioner,**<br><br>　　　　v.<br><br>**JL JAMISON, TODD LYONS,<br>MARKWAYNE MULLIN, TODD<br>BLANCHE, U.S. IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,**<br>　　　　　　**Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO.  26-4897** |

## O R D E R

**AND NOW**, this 29th day of July, 2026, upon consideration of the Petition for Writ of

Habeas Corpus (ECF No. 1) and Respondents' opposition thereto (ECF No. 6), it is hereby

**ORDERED** that Petitioner shall file supplemental briefing on or before **August 3, 2026**

providing the Court with the following information:

1. The nature and circumstances of Petitioner's entry into the United States;

2. Petitioner's city and state of residence since entering the United States;

3. Petitioner's compliance with any applicable conditions of release following entry into the United States, as well as Petitioner's criminal history since entering the country; and

4. The legal basis for Petitioner's claim that he is being unlawfully detained.

　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　**/s/ Hon. Kelley B. Hodge**

　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**